IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**MICHELLE MERILLAT,**                                                    07-CV-1062-BR

       **Plaintiff,**                                                          **JUDGMENT**

**v.**

**MICHAEL J. ASTRUE,
Commissioner of Social
Security,**

       **Defendant.**

    Based on the Court's Opinion and Order (#__) issued August 20, 2008, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 20th day of August, 2008.

                                                   /s/ Anna J. Brown
                                                   _____
                                                   ANNA J. BROWN
                                                   United States District Judge

1 - JUDGMENT